NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GERALD T. CORCORAN,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7109

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-2350, Judge Robert N. Davis.

---

## ON MOTION

---

## ORDER

Upon consideration of Gerald T. Corcoran's motion to voluntarily withdraw his appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

NOV   3 2010
———————————
Date

/s/ Jan Horbaly
———————————
Jan Horbaly
Clerk

cc:  Kenneth M. Carpenter, Esq.
     Allison Kidd-Miller, Esq.

s21

Issued As A Mandate:  NOV   3 2010
                      ———————————————————

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 03 2010

JAN HORBALY
CLERK